UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAME W. THOMAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE RV FACTORY, LLC, et al.,<br><br>    Defendants. | Case No.  1:19-cv-00922-NONE-BAM<br><br>**AMENDED ORDER REGARDING JOINT STIPULATION TO EXTEND FACT WITNESS DISCOVERY DEADLINE FOR THE TAKING OF AGREED UPON FACT WITNESS DEPOSITIONS**<br><br>(Doc. Nos. 29, 31, 35) |

Pursuant to the stipulation of the parties, and good cause appearing based on the parties' inability to conduct depositions due to difficulties caused by the COVID-19 pandemic, the Court GRANTS the parties' request to modify the Scheduling Order (Doc. No. 12) in this case. IT IS HEREBY ORDERED that the non-expert discovery deadline is extended to August 1, 2020, for the purposes of conducting the depositions of (1) Graeme W. Thomas; (2) Elizabeth Thomas; (3) Pete Bundy, The RV Factory; (4) Brian Shea, The RV Factory; (5) George Thomas; and (6) Jeff Miller c/o Misty Harbor Boats.  All other deadlines remain unchanged.

The Court notes that the parties filed their stipulation on June 4, 2020, after the current deadline of June 1, 2020 for the completion of non-expert discovery had expired. Counsel is reminded that they are required to seek any necessary extensions from the Court as soon as the need for the extension becomes apparent.  *See* Local Rule 144(d). Requests for Court-approved

extensions brought on or after the required deadline are looked upon with disfavor. *See id.*

The parties are additionally cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   **June 25, 2020**            /s/ *Barbara A. McAuliffe*            
                                UNITED STATES MAGISTRATE JUDGE